FILED
2017 Jun-07  PM 01:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TANGI STANFORD | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CASE NO. |
| v. | ) | |
| | ) | |
| HONDA MANUFACTURING OF | ) | |
| ALABAMA LLC | ) | |
| Defendant | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Comes now the plaintiff, Tangi Stanford, by counsel, and says:

1. The case is brought by plaintiff for age discrimination pursuant to The Age Discrimination In Employment Act of 1967, as amended, Title 29 USC § 621, and related sections, disability discrimination pursuant to the ADA Amendment Act of 2008 (ADAAA), Title 42 USC § 1201, and related sections, sex discrimination pursuant to Title VIII of the Civil Rights Act of 1964, 42 USC 2000e, The Civil Rights Act of 1991, and discrimination in violation of The Family and Medical Leave Act, 29 USC § 2601, et seq.

2. This Court has jurisdiction over this matter pursuant to the ADAAA, ADEA, Title VII of the Civil Rights Act of 1964, FMLA, pursuant to federal question jurisdiction, 28 USC § 1342 (3) and (4).

3. Venue of this case lies with this Court for the reason that the Northern District of Alabama is the judicial district in which all or a substantial part of the events or omissions giving rise to the claims incurred.

<u>**PARTIES**</u>

4. The plaintiff, Tangi Stanford, was born in 1963 and was at all relevant times a citizen of the United States of America and a resident of the Northern District of Alabama.

5. The defendant, Honda Manufacturing of Alabama LLC, is a limited liability company doing business in Lincoln, Alabama, which is located in the Northern District of Alabama.  On information and belief, it employs more than three hundred (300) people at that location.

<u>**FACTS**</u>

6. Plaintiff received  her Notice of Right to Sue from the Equal Employment Opportunity Commission on April 9, 2017.  Attached as Exhibit "1" is a copy of plaintiffs Charge of Discrimination.  Attached as Exhibit "2" is a copy of her Notice of Right to Sue.

7. From 2005, Plaintiff has been employed by defendant, Honda Manufacturing of Alabama, working full time as a Business Specialist of the Training and Development Team.

<u>**TITLE VII**</u>

8. Plaintiff incorporates by reference rhetorical paragraphs 1-7 of Plaintiff's Complaint.

9. Plaintiff fulfilled the requirements of her job and received favorable reviews until she submitted a complaint concerning discrimination on the

basis of sex by her superior David Howell.  Howell is also the person who was responsible for her annual personnel reviews.

10. In early April 2016, Plaintiff was terminated from her employment and replaced by a much younger person, a male under 40 years of age.

11. Prior to termination, Defendant's employer assigned the credit for work plaintiff performed to males in the department.

12. As a result of plaintiff's complaints, Howell was disciplined for his conduct on November 23, 2015.

## FMLA

13. Plaintiff incorporates by FMLA reference the allegations contained in rhetorical paragraph 1-11 in Plaintiff's Complaint.

14. Plaintiff was placed on a performance improvement plan on July 27, 2015. Her performance improvement plan shows she received satisfactory progress ratings on September 28, 2015 and November 16, 2015 (seven days before Howell was disciplined).   Thereafter, she received unsatisfactory ratings, in retaliation for her complaint.

15. Plaintiff was, at all relevant times an eligible "employee" as that term is defined by the Family and Medical Leave Act, 29 USC § 2601 et seq.

16. Defendant was, at all relevant times, a covered "employer" as that term is defined by the FMLA.

17. During her employment plaintiff requested and obtained intermittent FMLA leave for issues related to kidney stones and acid reflux.

18. In March, 2016 plaintiff requested and was granted FMLA during April and May, 2016 for surgery related to tumors and cysts.

19. Days before her FMLA leave was scheduled to begin, plaintiff's employment was terminated in retaliation for requesting and obtaining the grant of FMLA leave.

## ADAAA

20. Plaintiff incorporates herein by reference, rhetorical paragraphs 1-18.

21. Plaintiff has been diagnosed with and treated for kidney stones, acid reflux, and tumors and cysts in her stomach.

22. As a result plaintiff's supervisors held her to higher expectations than other similarly situated employees, said expectations being unreasonable and unfair, in violation of the ADAAA.

23. Plaintiff has attempted to mitigate her damages by applying on numerous occasions for other jobs for which she is trained.  On information and belief, the defendant is retaliating against her by providing her with unfavorable references, making it difficult, if not impossible, to obtain employment.

WHEREFORE, the plaintiff, Tangi Stanford, requests the Court to enter damages in her favor and against the defendant, Honda Manufacturing of Alabama, including but not limited to the following:

a.       All damages available under the FMLA, including, reinstatement, payment of back pay, front pay, attorneys' fees, costs, expenses, compensatory damages and punitive damages;

b.       All damages available under the ADA, including, reinstatement, payment of back pay, front pay, attorneys' fees, costs, expenses, compensatory damages and punitive damages;

c.       All damages available under the ADEA, including, reinstatement, payment of back pay, front pay, attorneys' fees, costs, expenses, compensatory damages and punitive damages;

d.       All damages available under Title VII of the Civil Rights Act etc., including, reinstatement, payment back pay, front pay, attorneys' fees, costs, expenses, compensatory damages and punitive damages;

## DEMAND FOR JURY TRIAL

Plaintiff Tangi Stanford, by counsel, demands a trial by jury for all issues tried by jury in this case.

/s/Heather Leonard
Heather Leonard P.C.
Attorney At Law
P.O. Box 43768
Birmingham, AL   35243
Telephone:   (205)977-5421
Email:  heather@heatherleonardpc.com

/s/David W. Sullivan
COX, ZWERNER, GAMBILL & SULLIVAN
511 Wabash Avenue
Terre Haute, IN   47807
Telephone:   (812)2332-6003

Facsimile:    (812)232-6567
Email:    dsullivan@coxlaw.net

Will be filing application for Pro Hac Vice